UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAULA FISHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY and STEWART TITLE COMPANY,<br><br>　　　　Defendants. | Case No.: 1:25-cv-1001 |

**STEWART TITLE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Stewart Title Company ("STC") hereby sets forth the following:

1. The undersigned Counsel of Record for a party to this action certifies that the following is a full and complete list of all parties in this action, including, pursuant to FED. R. CIV. P. 7.1, any parent corporation and publicly held corporation that owns 10% or more of stock in STC:

　　Paula Fisher; Plaintiff

　　Stewart Title Company ("STC"); Defendant

　　Stewart Title Guaranty Company; Defendant

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

STC is a 100% subsidiary of Stewart Title Guaranty Company, and that Stewart Title Guaranty Company is a 100% subsidiary of Stewart Information Services Corporation, a publicly-traded company (NYSE-STC).  BlackRock Fund Advisors holds 15% of the Stewart Information Services Corporation stock and is publicly traded (NYSE: BLK).

3. The undersigned further certifies that the following is a full and complete list of all persons serving as a lawyer in this proceeding:

**Counsel for Stewart Title Company**
Monica Kocurek Gilroy
monica.gilroy@gilroyfirm.com
The Gilroy Firm
1145 Hightower Trail
Atlanta, GA 30350
(678) 280-1922
Monica.gilroy@gilroyfirm.com

**Counsel for Stewart Title Guaranty Company**
Amanda D. Proctor
Carlton Fields, P.A.
1230 Peachtree Street, N.E., Suite 900
Atlanta, GA  30309
(404) 815-3400
aproctor@carltonfields.com

Dated: October 27, 2025        Respectfully submitted,

<u>/s/ Monica K. Gilroy</u>
Monica K. Gilroy
Georgia Bar No. 427520
**The Gilroy Firm**
1145 Hightower Trail
Atlanta, GA 30350
(678) 280-1922; (678) 280-1923 (fax)
Monica.gilroy@gilroyfirm.com

## **FONT CERTIFICATION**

The undersigned counsel for Defendant Stewart Title Company certifies that the within and foregoing pleading was prepared using Times New Roman 14-point font in accordance with LR 5.1C (N.D. Ga.)

<u>/s/ Monica K. Gilroy</u>
Monica K. Gilroy
Georgia Bar No. 427520
**The Gilroy Firm**
Monica.Gilroy@gilroyfirm.com

*Counsel for Defendant Stewart Title Company*

## **CERTIFICATE OF SERVICE**

     I hereby certify that, in accordance with LR 5.1A (N.D. Ga.), I have this 27th day of October, 2025, electronically filed the within and foregoing document in the above-styled civil action with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  A copy is mailed as follows:

Paula Fisher
1275 US Highway 1, #2114
Vero Beach, FL  32960
Paula10000@yahoo.com

Respectfully submitted,

/s/ Monica K. Gilroy
Monica K. Gilroy
Georgia Bar No. 427520
**The Gilroy Firm**
1145 Hightower Trail
Atlanta, GA 30350
(678) 280-1922; (678) 280-1923 (fax)
Monica.gilroy@gilroyfirm.com