IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PAULA FISHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:25-cv-1001-VMC-JEM |
| | ) | |
| STEWART TITLE GUARANTY CO., | ) | |
| STEWART TITLE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, Defendant Stewart Title Guaranty Company certifies that on January 26, 2026, a copy of Defendants' Objection to Plaintiff's Notice of Intent to Serve Subpoena on Stewart Information Services Corporation was served upon all parties to this action via electronic mail and via regular U.S. Mail (to Plaintiff) as follows:

Paula Fisher
8805 Tamiami Trail North, #260
Naples, Florida  34108
paula10000@yahoo.com

Monica K. Gilroy
The Gilroy Firm
mkg@gilroyfirm.com

143045218.1

Dated this 28th day of January, 2026.

**CARLTON FIELDS, P.A.**

*/s/ Dylan Magruder*
Amanda D. Proctor
Georgia Bar No. 776848
Dylan Magruder
Georgia Bar No. 810717
1230 Peachtree Street, N.E.
Suite 900
Atlanta, Georgia 30309
(404) 815-3400
(404) 815-3415 (fax)
aproctor@carltonfields.com
dmagruder@carltonfields.com

***Attorneys for Stewart Title Guaranty Company***

2

143045218.1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the within and foregoing document with the Clerk of Court using the CM/ECF system, which will electronically issue notice of the filing to all counsel and parties of record.

Dated this 28th day of January, 2026.

/s/ *Dylan Magruder*
Dylan Magruder

143045218.1